STATE OF NEW JERSEY v. WILLIAM ALVAREZ.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES S. GOTELL.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL K. JOHNSON.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN COREY.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLOS ABNEY.

April 28, 1987.

Petition for certification denied.